UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-20029-CIV-KING

UNITED STATES OF AMERICA,

    Plaintiff

vs.

DULAS DUBREUS,

    Defendant.
_____/

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby acknowledges and accepts service of the complaint filed herein.

3. The Defendant hereby agrees to the entry of a consent judgment in the total sum of $17,447.22 (principal of $6,297.92, interest in the amount of $11,149.30 through January 22, 2008), plus interest at 8.000 percent per annum on the principal of $2,666.25 and interest at 8.20 percent per annum on the principal amount of $4,440.78 through January 22, 2008 the date of judgment and interest at the legal rate thereafter until paid in full.

4. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the Defendant, and all other jurisdictions where it is determined by the Plaintiff that the Defendant owns real or personal property.

5. The Defendant shall keep the United States currently informed in writing of any material change in his financial situation or ability to pay, and of any change in his employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 99 N.E. 4th Street, Suite 300, Miami, FL 33132.

6. The Defendant shall provide the United States with current, accurate evidence of his assets, income and expenditures (including, but not limited to his Federal Income Tax returns) within fifteen (15) days of a request for such evidence by the United States Attorney.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Date: 01/24/08
Miami, Florida

Aloyma M. Sanchez(0717509)
Assistant United States Attorney
aloyma.sanchez@usdoj.gov
99 NE 4th Street, Suite 300
Miami, FL 33132-2111
Tel (305) 961-9204
Fax (305) 530-7195
Attorney for Plaintiff

Date: 1-24-08
Port St Lucie, Florida

Dulas Dubreus
5491 SW Fashoda Street
Port St. Lucie, Florida
Defendant Phone: (772) 878-5844

Case No.: 08-20029-CIV-KING

APPROVED THIS 25th DAY OF January, 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

CC:  Aloyma M. Sanchez, AUSA
Fax No.: (305) 530-7195
Dulas Dubreus
Fax No.: (772) 878-2324